# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Corrie Burckhard, as Personal Representative for the Estate of Todd Todd Burckhard, Decedent, | ) ) ) ) |
| Plaintiff, | ) **ORDER RE ADMISSION** ) **PRO HAC VICE** |
| vs. | ) ) |
| BNSF Railway Corporation, a Delaware corporation, and CUSA ES, LLC, d/b/a Coach America Crew Transport, | ) ) ) |
| Defendants. | ) Case No. 1:13-cr-024 ) |

Before the court is a motion for attorney Richard L. Carlson appear on to appear *pro hac vice* on behalf of plaintiff. In accordance with D.N.D. Gen. L.R. 1.3(D), Mr.Carlson has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 6) is **GRANTED**. Mr. Carlson is admitted to practice before this court in the above-entitled action on behalf of plaintiff.

**IT IS SO ORDERED.**

Dated this 8th day of March, 2013.

                                                   */s/ Charles S. Miller, Jr.*
                                                   Charles S. Miller, Jr.
                                                   United States Magistrate Judge